# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dein, Judith G. | 2. Court or Organization<br><br>U.S. District Court, MA | 3. Date of Report<br><br>05/3/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge-full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
One Courthouse Way
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Massachusetts Bar Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Goulston & Storrs - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Cash/Money Account (BIF MA Mun.Money) | A | Interest | L | T | | | | | |
| 2. Municipal Bond:Massachusetts ST WPA TR REV SER A OID | A | Interest | J | T | | | | | |
| 3. Agilent Technologies Inc. stock | | None | J | T | | | | | |
| 4. Merrill Lynch UGMA Cash Account | A | Interest | K | T | | | | | |
| 5. Blackrock Global Allocation A | C | Dividend | M | T | | | | | |
| 6. FIA Card Services NA RASP | A | Interest | L | T | | | | | |
| 7. FIA Card Services NA RASP | A | Interest | M | T | | | | | |
| 8. Merrill Lynch CMA Account | A | Interest | J | T | | | | | |
| 9. Columbia Short Term Bond Fund | D | Dividend | M | T | | | | | |
| 10. SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 11. Bank of America account | B | Interest | M | T | | | | | |
| 12. Bank of America account | A | Interest | L | T | | | | | |
| 13. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 14. Blackrock Cap. App. A | A | Dividend | J | T | | | | | |
| 15. Columbia Marsico Focused Equities FD C | A | Dividend | M | T | | | | | |
| 16. Columbia Marsico Focused Equities FD C | A | Dividend | L | T | | | | | |
| 17. ML S&P 500 MITTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baron Growth Fund | | None | M | T | | | | | |
| 19. TRowe Mid Cap Fund | | None | M | T | | | | | |
| 20. MainStay S&P 500 Index Fund (Class1) | | None | L | T | | | | | |
| 21. Citizens Savings Accounts | A | Interest | | | Closed | 09/01/11 | L | | |
| 22. Israeli Bonds | A | Dividend | J | T | | | | | |
| 23. Blackrock Global Dynamic Equity Class A | C | Dividend | M | T | | | | | |
| 24. Columbia Marsico Focused Cl C | A | Interest | L | T | | | | | |
| 25. Main Stay MAP Fund Cl 1 | | None | M | T | | | | | |
| 26. AT&T stock | A | Dividend | J | T | | | | | |
| 27. Mass. ST CONS LN | B | Interest | L | T | Buy (add'l) | 05/25/11 | K | | |
| 28. BA RI NA RASP | A | Interest | M | T | | | | | |
| 29. Wells Fargo&Co Ser. J 8% perpetual | B | Dividend | K | T | | | | | |
| 30. Blackrock Global Allocation FD Inc A | B | Dividend | M | T | | | | | |
| 31. ML & Co Factor Model SRN | | None | K | T | | | | | |
| 32. Loomis Sayles Invest Gr Bond Fund CLC | B | Dividend | L | T | Buy (add'l) | 12/29/11 | K | | |
| 33. BANA CPCD SPX SV     S&P 500 | | None | K | T | | | | | |
| 34. BANA INDU SV       DJIA | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Needham Bank Acct & CD | A | Interest | L | T | Open | 09/01/11 | L | | |
| 36. FIA Card Services NA RASP (X) | A | Interest | J | T | Open | 06/21/11 | J | | |
| 37. Consumer Discretionary Mut. Fund (X) | A | Interest | J | T | Buy | 06/21/11 | J | | All (X) are inherited. |
| 38. Health Care Select SPDR Mut. Fund (X) | A | Interest | J | T | Buy | 06/21/11 | J | | See note in Part VIII |
| 39. ISHARES IBOXX $ Invest. Grade Corp. Bond Fund (X) | B | Interest | K | T | Buy | 06/21/11 | K | | |
| 40. ISHARES Barclays MBS BON Fund (X) | A | Interest | K | T | Buy | 06/21/11 | K | | |
| 41. Sector SPDR Consumers STPL (X) | A | Interest | K | T | Buy | 06/21/11 | K | | |
| 42. Sector SPDR Energy (X) | A | Interest | J | T | Buy | 06/21/11 | J | | |
| 43. Sector SPDR Industrial (X) | A | Interest | K | T | Buy | 06/21/11 | K | | |
| 44. SPDR Barclay Capital International (X) | A | Interest | K | T | Buy | 06/21/11 | K | | |
| 45. Vanguard Information (X) | B | Interest | K | T | Buy | 06/21/11 | K | | |
| 46. Vanguard Short Term Bond (X) | B | Interest | L | T | Buy | 06/21/11 | L | | |
| 47. Phoenix Concierge Acct (X) | A | Interest | K | T | Buy | 01/22/11 | K | | |
| 48. Ameren Corp.(X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 49. Ameren Corp. | A | Interest | | | Sold | 10/06/11 | J | | |
| 50. AT&T Inc. (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 51. AT&T Inc. | A | Interest | | | Sold | 10/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Comcast Corp. (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 53. Comcast Corp. | A | Interest | | | Sold | 10/06/11 | J | | |
| 54. Verizon Communications (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 55. Verizon Communications | A | Interest | | | Sold | 10/06/11 | J | | |
| 56. Davis NY Venture (X) | A | Interest | K | T | Buy | 09/09/11 | K | | |
| 57. Davis NY Venture | A | Interest | | | Sold | 10/06/11 | K | | |
| 58. Eagle Mid Cap Stock Fund (X) | A | Interest | L | T | Buy | 09/09/11 | L | | |
| 59. Eagle Mid Cap Stock Fund | A | Interest | | | Sold | 10/06/11 | L | | |
| 60. First Eagle Overseas Fund (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 61. First Eagle Overseas Fund | A | Interest | | | Sold | 10/06/11 | J | | |
| 62. Franklin Templeton Mut. Fund (X) | A | Interest | K | T | Buy | 09/09/11 | K | | |
| 63. Franklin Templeton Mut. Fund | A | Interest | | | Sold | 10/06/11 | K | | |
| 64. Thornburg Value Fund (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 65. Thornburg Value Fund | A | Interest | | | Sold | 10/06/11 | J | | |
| 66. Capital Income Builder Fund Class C-Am. Funds M/F (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 67. First Eagle Global Fund Class A M/F (X) | A | Interest | L | T | Buy | 09/09/11 | L | | |
| 68. Franklin Income Fund Class C M/F (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IVA Worldwide Fund Class C M?F (X) | | None | J | T | Buy | 09/09/11 | J | | |
| 70. Income Fund of Am. Class C-Am. Funds M/F (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 71. Neuberger Berman Equity Inc. Fund Class C M/F (X) | A | Interest | K | T | Buy | 09/09/11 | K | | |
| 72. Nuveen Limited Term Mun Bond Fund Class C M/F (X) | A | Interest | K | T | Buy | 09/09/11 | K | | |
| 73. PIMCO All Asset Fund Class C M/F (X) | A | Interest | J | T | Buy | 09/09/11 | J | | |
| 74. Thornburg Ltd Term Mun. Fund Class C M/F (X) | B | Interest | L | T | Buy | 09/09/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

[         ] died on January 22, 2011. I inherited all items marked with an (X), I did not actually "buy" them. I listed the date of distribution to me.

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/3/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith G. Dein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544